AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF  NEVADA

BENJAMIN W. ESPINOSA,

    Plaintiff,

v.

JAMES DZURENDA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:17-cv-00189-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion for voluntary dismissal (ECF No. 3) is granted.

July 11, 2017                                                **DEBRA K. KEMPI**
                                                                                         Clerk

                                                                                          /s/ K. Rusin
                                                                                          Deputy Clerk